FILED
1998 SEP 24 AM 10: 13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VINCENT MACON, | ) |
| Plaintiff, | ) |
| vs. | ) CV 97-G-0632-S |
| RANDALL LUCAS, et al., | ) |
| Defendants. | ) |

ENTERED
SEP 24 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 25, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 24th day of Sept., 1998.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE

32